IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE EDWARD O'NEAL, SR., <br><br> Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, <br><br> Defendant. | Case No. C07-03970-RS <br><br> **ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9-21-07

*Theodore Edward O'Neal, Sr.*
Theodore Edward O'Neal, Sr., Plaintiff

Dated: 9-21-07

*/s/*
Fred W. Schwinn, Esq.
Attorney for Plaintiff