DEBBIE E. KIRKPATRICK, ESQ. (SBN 207112)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
3667 Voltaire Street
San Diego, California 92106
Telephone: (619) 758-1891
Facsimile: (619) 222-3667
dkirkpatrick@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THEODORE EDWARD O'NEAL, SR.,   ) <br><br> Plaintiff,   ) <br><br> vs.   ) <br><br> NCO FINANCIAL SYSTEMS, INC., a <br> Pennsylvania corporation,   ) <br><br> Defendant.   ) | Case No.: C07-03970 RS <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States Judge.

Dated: September 25, 2007      Sessions, Fishman & Nathan in California, L.L.P.

                           /s/ Debbie P. Kirkpatrick
                           Debbie P. Kirkpatrick
                           Attorney for Defendant,
                           NCO Financial Systems, Inc.