UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THEODORE EDWARD O'NEAL, SR.,

          Plaintiff(s),

v.

NCO FINANCIAL SYSTEMS, INC.

          Defendant(s).
_____/

Case No. C07-03970 RS

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 09/19/07

Dated: 09/19/07

NCO Financial Systems, Inc.
[Party]

Debbie P. Kirkpatrick, Esq.
[Counsel]

| When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options." |
|---|

Rev. 12/05