1  DEBBIE E. KIRKPATRICK, ESQ. (SBN 207112)
2  SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
3  3667 Voltaire Street
   San Diego, California 92106
4  Telephone: (619) 758-1891
   Facsimile: (619) 222-3667
5  dkirkpatrick@sessions-law.biz

6  Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THEODORE EDWARD O'NEAL, SR., | ) | Case No.: CV 07-03970 JW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, | ) | |
| Defendant. | ) | Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, THEODORE EDWARD O'NEAL, SR., and Defendant, NCO Financial Systems, Inc., stipulate, and the Court hereby orders, as follows:

///

///

///

///

1

**STIPULATION OF DISMISSAL WITH PREJUDICE**

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, THEODORE EDWARD O'NEAL, SR., against Defendant, NCO FINANCIAL SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: October 18, 2007         /s/ Debbie P. Kirkpatrick
                                Debbie P. Kirkpatrick, Esq.
                                Attorney for Defendant,
                                NCO Financial Systems, Inc.


Dated: October 22, 2007         /s/ Fred W. Schwinn
                                Fred W. Schwinn, Esq.
                                Attorney for Plaintiff
                                Theodore Edward O'Neal Sr.


THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:
                                _____
                                The Honorable James Ware
                                United States District Judge

2
**STIPULATION OF DISMISSAL WITH PREJUDICE**