1  DEBBIE E. KIRKPATRICK, ESQ. (SBN 207112)
2  SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
3  3667 Voltaire Street
   San Diego, California 92106
4  Telephone: (619) 758-1891
   Facsimile: (619) 222-3667
5  dkirkpatrick@sessions-law.biz

6  Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THEODORE EDWARD O'NEAL, SR., ) | Case No.: CV 07-03970 JW |
| Plaintiff, ) | |
| vs. ) | STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |
| NCO FINANCIAL SYSTEMS, INC., a ) Pennsylvania corporation, ) | |
| Defendant. ) | Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, THEODORE EDWARD O'NEAL, SR., and Defendant, NCO Financial Systems, Inc., stipulate, and the Court hereby orders, as follows:

///

///

///

///

1

**STIPULATION OF DISMISSAL WITH PREJUDICE**

1.  The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, THEODORE EDWARD O'NEAL, SR., against Defendant, NCO FINANCIAL SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: October 18, 2007     /s/ Debbie P. Kirkpatrick
                            Debbie P. Kirkpatrick, Esq.
                            Attorney for Defendant,
                            NCO Financial Systems, Inc.

Dated: October 22, 2007     /s/ Fred W. Schwinn
                            Fred W. Schwinn, Esq.
                            Attorney for Plaintiff
                            Theodore Edward O'Neal Sr.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.
The clerk shall close the file.
Dated: October 26, 2007

_____
The Honorable James Ware
United States District Judge

2

**STIPULATION OF DISMISSAL WITH PREJUDICE**